Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–20758–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Anthony Moreira
  8 Doral Court
  Marlton, NJ 08053

Social Security No.:
  xxx–xx–1295

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/22/18.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: May 22, 2018
JAN: cmf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-20758-JNP
Anthony Moreira                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin               Page 1 of 2         Date Rcvd: May 22, 2018
                                Form ID: 148              Total Noticed: 26

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db             +Anthony Moreira,    8 Doral Court,    Marlton, NJ 08053-3731
aty            +Parker McCay PA,    9000 Midlantic Drive,    Suite 300,    PO Box 5054,
                 Mt. Laurel, NJ 08054-5054
lm             +Specialized Loan Servicing LLC,    Attn: Man Agent,    8742 Lucent Blvd,
                 Littleton, CO 80129-2386
517052738      +Apex Asset Mgt LLC,    PO Box 5407,    Lancaster, PA 17606-5407
516847644      +Burlington County Sheriff Office,    49 Rancocoas Road,    Room 210,    Mount Holly, NJ 08060-1384
516847645     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,    P.O. Box 5010,    Woodland Hills, CA 91365)
516847650      +HSBC Bank Nevada,    2300 W. Sahara Avenue,    Las Vegas, NV 89102-4352
516847652      +N.J. Division of Taxation,    Bankruptcy Section,    P.O. Box 245,    Trenton, NJ 08695-0245
516847653      +Parker McCay,    9000 Midlantic Drive,    Suite 300,    Mount Laurel, NJ 08054-1539
516847654      +Progressive Insurance,    6300 Wilson Mills Road,    Cleveland, OH 44143-2182
517018424     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516847655      +Specialized Loan Servicing LLC,    8742 Lucent Blvd.,    Littleton, CO 80129-2386
516955617      +U.S. Bank National Association, Trustee (See 410),    C/O Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 22 2018 23:04:38      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 22 2018 23:04:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516847646      +EDI: CAPITALONE.COM May 23 2018 02:33:00      Capital One,    P.O. Box 30253,
                 Salt Lake City, UT 84130-0253
516847647      +E-mail/Text: bankruptcy@cavps.com May 22 2018 23:04:54      Cavalry Portfolio Services,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
517058298      +E-mail/Text: bankruptcy@cavps.com May 22 2018 23:04:54      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516847648      +EDI: RCSFNBMARIN.COM May 23 2018 02:33:00      Credit One Bank,    P.O. Box 98872,
                 Las Vegas, NV 89193-8872
516847649      +EDI: AMINFOFP.COM May 23 2018 02:33:00      First Premier Bank,    3820 N. Louise Avenue,
                 Sioux Falls, SD 57107-0145
516847651      +EDI: IRS.COM May 23 2018 02:33:00      Internal Revenue Service,    P.O Box 7346,
                 Philadelphia, PA 19101-7346
517033901       EDI: BL-CREDIGY.COM May 23 2018 02:33:00      Main Street Acquisition Corp.,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517074657       EDI: PRA.COM May 23 2018 02:33:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517054039      +EDI: JEFFERSONCAP.COM May 23 2018 02:33:00      Premier Bankcard LLC,,
                 Jefferson Capital Systems LLC Assignee,    PO Box 7999,    St Cloud MN 56302-7999
516852700      +EDI: RMSC.COM May 23 2018 02:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516847656      +EDI: VERIZONCOMB.COM May 23 2018 02:33:00      Verizon Wireless Bankruptcy Admin,
                 500 Technology Drive,    Suite 550,    Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: May 22, 2018
                              Form ID: 148             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Debtor Anthony  Moreira Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```